# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

In re:
Johnny Thomas Williams
Margie Rene Williams

Case No. 15-00275-5-DMW

Mailing Address: 608 Marsh Grass Dr, Raleigh, NC 27610
Soc. Sec. Nos: xxx-xx-5245 and xxx-xx-9397

Debtor(s).

## CERTIFICATE OF SERVICE

I, Patty Cherigo, of the Law Offices of John T. Orcutt, P.C., certify under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on the May 6, 2015, I served copies of the Order Continuing 341 Meeting of Creditor for this case, by regular U.S. mail, upon the following parties (names and addresses):

John F. Logan
Chapter 13 Trustee


/s Patty Cherigo
Patty Cherigo

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

Afni, Inc.****
404 Brock Drive
Post Office Box 3097
Bloomington, IL 61701

Duke Raleigh Hospital
Post Office Box 91040
Durham, NC 27708-1040

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Amcol Systems, Inc.
Post Office Box 21625
Columbia, SC 29221-1625

Federal Housing Authority**
Department of HUD
1500-401 Pine Croft Road
Greensboro, NC 27407

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

AmeriFinancial Solutions, Inc.
Post Office Box 41309
Nashville, TN 37204-1309

First Point Collection Resources **
Post Office Box 26140
Greensboro, NC 27402-6140

Experian
P.O. Box 2002
Allen, TX 75013-2002

AT&T Mobility**
Post Office Box 772349
Ocala, FL 34477-2349

Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Capital One **
Post Office Box 30285
Salt Lake City, UT 84130-0285

Optimum Outcomes***
421 Fayetteville Street Mall
Suite 600
Raleigh, NC 27601

Internal Revenue Service (ED)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Carrington Mortgage Services
Post Office Box 79001
Phoenix, AZ 85062

Phoenix Asset Holdings LLC
11545 E. Bronco Trail
Scottsdale, AZ 85255

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

CitiMortgage
Post Office Box 689196
Des Moines, IA 50368

Private Diagnostic Clinic, PLLC
5213 South Alston Avenue
Durham, NC 27713

North Carolina Dept. of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

Credence
6045 Atlantic Boulevard
Norcross, GA 30071

Regional Acceptance Corp.**
Bankruptcy Section
Post Office Box 1847
Wilson, NC 27894-1847

5 Linx
275 Kenneth Drive Suite 100
Rochester, NY 14623

Credit One Bank, N.A.**
Post Office Box 98873
Las Vegas, NV 89193-8873

Selene Finance
P.O. Box 422039
Houston, TX 77242-4239

The Bureaus  
1717 Central Street  
Evanston, IL 60201-1507

Wells Fargo Financial Acceptance**  
2501 Seaport Dr - Ste BH300  
Chester, PA 19013-2249

The Honorable Eric Holder  
U.S. Department of Justice  
950 Pennsylvania Ave. NW  
Washington, DC 20530-0001

Village Lakes HOA  
5252 Turf Grass Ct.  
Raleigh, NC 27610

Wake County Revenue Department  
One Bank of America Plaza  
421 Fayetteville Street, Suite 200  
Raleigh, NC 27602

Wake County Tax Collector***  
Post Office Box 2331  
Raleigh, NC 27602-2331

Wake Medical Physicians  
Attn: Bankruptcy Department  
Post Office Box 29516  
Raleigh, NC 27626

Wake Nephrology Associates PA  
3604 Bush Street  
Raleigh, NC 27609

WakeMed ****  
Post Office Box 29516  
Raleigh, NC 27626

WakeMed Patient Financial Serv.  
PO BOX 29516  
Raleigh, NC 27626