B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Eastern District of North Carolina

In re  Johnny T. Williams & Margie R. Williams  ,         Case No.  15-00275-5-DMW

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-9 serviced by Selene Finance | Carrington Mortgage Services |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
   Selene Finance
   9990 Richmond Avenue, Suite 400 S
   Houston, TX 77042

Phone:  904-473-0478
Last Four Digits of Acct #:  2009

Court Claim # (if known):  8
Amount of Claim:  $169,000.00
Date Claim Filed:  06/26/2015

Phone:  NA
Last Four Digits of Acct. #:  3797

Name and Address where transferee payments should be sent (if different from above):
   Selene Finance
   PO Box 71243
   Philadelphia, PA 19176-6243
Phone:  904-473-0478
Last Four Digits of Acct #:  2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_                                                                Date:  7-17-15
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.